UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CRISTIAN DAVID MARTINEZ MENDOZA,

Petitioner,

v. Case No. 2:26-cv-2408-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.
_______________________________/

## ORDER

Petitioner Cristian David Martinez Mendoza has filed a habeas corpus petition challenging his immigration detention. (Doc. 1.) Prior to bringing this case, however, he sought habeas relief in the Southern District of Florida. *See Mendoza v. Krone North Service Processing Ctr.*, 1:26-cv-24521-KMW, Doc. 1 (S.D. Fla. June 30, 2026). Petitioner fails to explain why he has multiple petitions outstanding. To conserve judicial resources and to avoid forum shopping, the habeas petition here is **DISMISSED WITHOUT PREJUDICE** as duplicative. Petitioner can refile his petition, if necessary, after the Southern District addresses his first-filed petition. The Clerk is directed to close this case.

**ORDERED** in Fort Myers, Florida on October 3, 2026.

Kyle C. Dudek
United States District Judge